UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

MAYELIN GIL,

    Plaintiff,

vs.

CASE NO.
Florida Bar No. 651583

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, a foreign profit
corporation,

    Defendant.
_____/

### DEFENDANT'S NOTICE OF REMOVAL WITH INCORPORATED MEMORANDUM OF LAW

Pursuant to 28 U.S.C.§1441, the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its undersigned counsel, hereby gives notice of the removal of the above-styled case from the state court of the Fifteenth Judicial Circuit in and for Palm Beach County, to the Palm Beach Division of the United States District Court for the Southern District of Florida, and, as grounds would show as follows:

1. The Plaintiff filed a Complaint in the Circuit Court of Palm Beach County on February 13, 2017 (Exhibit A) alleging injuries from an automobile accident which occurred on July 17, 2015 in West Palm Beach, Palm Beach County, Florida.

2. The Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, received the Notice of Service of Process on February 21, 2017. (Exhibit B)

3. There is diversity of citizenship and the amount in controversy exceeds $75,000.00.

4. The Plaintiff is a resident of Palm Beach County and State Farm Mutual Automobile Insurance Company is a corporation organized existing under the laws of the State of Illinois with its principal place of business in the State of Illinois. As such, there is diversity of citizenship.

5. Plaintiff filed a Civil Remedy Notice (Exhibit C) on December 21, 2016 seeking a tender of the $100,000.00 policy limits. As such, the amount in controversy exceeds $75,000.00.

4. The United States District Court for the Southern District of Florida – West Palm Beach Division is the district in which the state court action was filed. Removal to this court is proper under 28 U.S.C. §1332, 1441 and 1446 because this court has diversity jurisdiction.

5. Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, is concurrently filing a copy of this notice with the Circuit Court for the Fifteenth Judicial Circuit in and for Palm Beach, Florida , as required by 28 U.S.C. §1446(d).

## MEMORANDUM OF LAW

According to 28 U.S.C. §1441, " Any civil action brought in a State Court of which the District of the United States has original jurisdiction, may be removed by the Defendant or the Defendants, to the district and division embracing the place where such action is pending." 28 U.S.C.§1441(a)  The Defendant seeking removal to federal court must demonstrate that the district court has original jurisdiction of the action pending in state court. *See, Leonard v. Kern*, 651F. Supp.263 (So.2D.Fla.1986). Furthermore, the action brought in the state court may be removed based on the diversity jurisdiction if the Defendant is not a citizen of the state in which such action is brought. *See,* 28 U.S.C. § 1441(b).

As mentioned above, the Plaintiff is a citizen of the State of Florida. Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY is a foreign corporation organized under the laws of Illinois with its principle base of business in Illinois and therefore is a citizen of the State of Illinois. Therefore this action is between the citizens of different states. Additionally, the Plaintiff is seeking damages in access of $ 75,000.00 which is the jurisdictional limit.

Wherefore, the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, gives notice of the removal of this action currently pending in the circuit court for the Fifteenth Judicial Circuit in and for Palm Beach County, Florida to the United States District Court for the Southern District of Florida, West Palm Beach Division.

I HEREBY CERTIFY that on March 8, 2017, I electronically filed a copy of the foregoing documents with the Clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of records identified either via electronic mail transmission/fax or Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

CLARK, ROBB, MASON, COULOMBE,
BUSCHMAN & CHARBONNET
7501 Wiles Road, Suite 207
Coral Springs, Florida 33067
954-753-3902/954-753-3903 fax
pleadingsftl@clarkrobb.com
mrobb@clarkrobb.com

By:  /S/MICHAEL A. ROBB, Esq.
      MICHAEL A. ROBB