# Exhibit A

Filing # 52429998 E-Filed 02/13/2017 04:05:41 PM

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR PALM
BEACH COUNTY, FLORIDA

CASE NO.

MAYELIN GIL,

          Plaintiff,

vs.

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY, a foreign Profit
corporation,

          Defendant.

_____/

## COMPLAINT

COMES NOW the Plaintiff, Mayelin Gil, and sues the Defendant, State Farm Mutual Automobile Insurance Company, (hereinafter referred to as "State Farm"), and says:

1. This is an action for damages which exceed the sum of FIFTEEN THOUSAND ($15,000.00) DOLLARS, excluding attorney's fees, costs, and interest.

2. At all times material hereto, the Plaintiff, was and is a resident of Palm Beach County.

3. At all times material hereto, the Defendant, State Farm, was and is a foreign profit licensed to do business in the State of Florida, authorized to engage in the business of selling and underwriting insurance, and was doing business in Palm Beach County, Florida.

4. That at all times material hereto, the Defendant, State Farm, was and is an insurance company licensed to do business in the State of Florida, who designated the Chief

Financial Officer, POB 6200, 200 E. Gaines Street, Tallahassee, Florida, as its Registered Agent for services of process.

5. That the Defendant, State Farm, issued in exchange for a valuable consideration, a policy of automobile insurance to Mayelin Gil, under policy number C8828759A, which provides insurance benefits to the Plaintiff. (A copy of the affidavit of insurance coverage provided by the Defendant, State Farm, is attached hereto and incorporated herein as Exhibit "A".) Further, the terms and conditions of said insurance policy are incorporated herein by reference. Additionally, said policy was in full force and effect at all material and relevant times herein.

6. On or about July 17, 2015, the Plaintiff and Miguel Marquez were driving southbound on Congress Avenue in West Palm Beach, Palm Beach County, Florida.

7. That at said time and place, Mr. Marquez, an un-insured motorist, negligently operated or maintained his motor vehicle so as to rear-end the vehicle the Plaintiff was driving, causing injuries to the Plaintiff.

8. Mr. Marquez owned the vehicle driven by him and was insured with Geico at the time of the crash under policy number 0466964400 which did not carry bodily injury coverage. (Geico's Affidavit of Coverage is attached hereto and incorporated herein as Exhibit "B".)

9. Therefore, the lack of bodily injury coverage available by the at-fault driver, Miguel Marquez, through Geico, cannot compensate the Plaintiff for her damages.

10. The policy from the Defendant, State Farm, provided for uninsured and underinsured motorist benefits to the Plaintiff.

11. The Plaintiff has complied with all terms and conditions precedent to entitlement to

uninsured and underinsured motorist benefits under the State Farm policy.

12. That as a direct and proximate result of the foregoing negligence, Plaintiff, Mayellin Gil, suffered bodily injury and resulting pain and suffering, impairment, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, and aggravation of a previously existing condition. The injury to the Plaintiff is permanent within a reasonable degree of medical probability and the Plaintiff will continue to suffer the losses in the future.

**WHEREFORE,** the Plaintiff demands judgment for damages against the Defendant State Farm Mutual Automobile Insurance Company, and demands trial by jury of all issues triable as of right by a jury.

DATED THIS 13st day of February, 2017.

                Marcos Gonzalez & Associates
                939 Belvedere Road
                West Palm Beach, FL 33405
                (561) 965-6550
                965-0885 (Fax)
                ewayne@palmbeachinjurylawyers.com
                susan@palmbeachinjurylawyers.com
                Attorneys for Plaintiff

By: _/s/ Ethan M. Wayne_
     Ethan M. Wayne
     Florida Bar No.: 0042853