## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### CASE NO. 9:17-CV-80292-HOPKINS/BRANNON

MAYELIN GIL,

    Plaintiff,

vs.

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY, a foreign profit corporation,

    Defendant.

_____/

### STIPULATION FOR DISMISSAL

    IT IS STIPULATED AND AGREED by and between the Parties hereto, by their undersigned attorneys, that the above cause may be dismissed with prejudice, each party to bear its own attorney's fees and costs; all liens and subrogated interests to be paid by the Plaintiff out of the proceeds of the settlement herein.

ETHAN WAYNE, ESQ.                   MICHAEL A. ROBB, ESQ.
Abogados Hispanos USA             CLARK, ROBB, MASON, COULOMBE,
Attorney for the Plaintiff               BUSCHMAN & CHARBONNET
943 Belvedere Road                Attorneys for Defendants
West Palm Beach, FL 334015        7501 Wiles Road – Suite #207
                                   Coral Springs, Florida 33067

BY:_____           BY:_____
    ETHAN M. WAYNE, ESQ.             MICHAEL AUSTIN ROBB, ESQ.
    Florida Bar No.: 0042853            Florida Bar No.: 651583